LAW OFFICES OF
# ERIK H. LANGELAND, P.C.
500 FIFTH AVENUE, SUITE 1610
NEW YORK, NY 10110
PHONE (212) 354-6270
FAX (212) 898-9086


VIA ECF


May 15, 2009


Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014


       *Re:*    *Thompson et al. v. World Alliance Financial Corp. et al.*
                **Case No. 08 cv 4951**
                Production of Electronically Stored Information


Dear Honorable Judge Tomlinson:


      Per your Honor's March 26, 2009 Order, the parties jointly write to inform the Court of their agreements regarding the production of electronically stored information ("ESI"). Plaintiffs contend that e-mails, Excel spreadsheets, Word documents, and payroll information, should be produced in a searchable electronic format. After the parties met and conferred, Defendants agreed to produce, to the extent possible and applicable, ESI in a searchable format, such as "searchable PDF." Plaintiffs do not anticipate having any such documents to produce. As of today's date, no ESI materials have been produced by Defendants, but Defendants are working in good faith to produce responsive documents in the format requested by Plaintiff. The parties will bring any disputes to the Court's attention.


                               Sincerely,

                               /s/ Erik H. Langeland
                               Erik H. Langeland


                               /s/ Kenneth Gauvey
                               Kenneth Gauvey