**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ANTHONY THOMPSON
*on behalf of himself and all others*
*similarly situated,*

                          Plaintiff,

          - against -

WORLD ALLIANCE FINANCIAL CORP
*d/b/a* Senior Lending Network, a New York
Corporation, VERTICAL LEND INC.,
MORTGAGE WAREHOUSE, DAVID PESKIN,
and NICHOLAS HAHN,

                         Defendants.
----------------------------------------------------------------X

**ORDER**

CV 08-4951 (ADS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Before the Court are (1) Plaintiffs' motion for conditional certification of this case as a Section 21(b) collective action [DE 37, 38]; (2) Defendants' motion requesting that the Court appoint lead counsel for Plaintiffs [DE 55]; (3) Plaintiff Lauretti's motion for an order to show cause [DE 58]; (4) Defendants' motion to stay discovery [DE 61]; and (5) Plaintiff Lauretti's motion to strike an attorney designation on certain opt-in forms [DE 67]. Having reviewed the arguments of counsel for both sides, I am granting Plaintiffs' motion [DE 37, 38] for conditional certification of this case as a Section 21(b) collective action. I am also granting Defendants' motion to stay discovery. A written decision addressing these motions and the remainder of the pending motions will be issued subsequently. Discovery in this action is stayed pending issuance of the Court's subsequent Order.

**SO ORDERED**

Dated: Central Islip, New York
       March 31, 2010

<u>/s/ A. Kathleen Tomlinson</u>
A. KATHLEEN TOMLINSON
United States Magistrate Judge