IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY THOMPSON, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD ALLIANCE FINANCIAL CORP., VERTICAL LEND INC., MORTGAGE WAREHOUSE, DAVID PESKIN, and NICHOLAS HAHN,<br><br>Defendants. | Case No. 08 CV 4951 (ADS) (AKT)<br><br>ECF Case |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

After a review of the confidential Agreement and Release executed by plaintiff Michael Lauretti, and having been apprised of the facts and circumstances of this matter and the proposed settlement thereof, the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the amounts paid to Michael Lauretti. Accordingly, the Court approves the settlement and hereby DISMISSES WITH PREJUDICE any and all claims that were or could have been raised by Michael Lauretti in the above-styled lawsuit or in the matter previously consolidated herein styled *Michael Lauretti, Individually, and on Behalf of All Others Similarly Situated v. World Alliance Financial Corp., d/b/a Senior Lending Network*, No. 09 Civ. 2471 (ADS) (AKT).

SO ORDERED this 2nd day of February, 2011.

_____
A. Kathleen Tomlinson
UNITED STATES MAGISTRATE JUDGE


SO AGREED:

| TONGRING LAW OFFICES | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| By: _____ <br> Suzanne Tongring <br> stongring@tongringlaw.com | By: _____ <br> Robert N. Holtzman <br> Seth F. Schinfeld <br> rholtzman@kramerlevin.com <br> sschinfeld@kramerlevin.com |
| 244 Madison Avenue, No. 3740 <br> New York, New York 10016 <br> (347) 482-1955 | 1177 Avenue of the Americas <br> New York, New York 10036 <br> (212) 715-9100 |
| TOUHY, TOUHY, BUEHLER & WILLIAMS, LLP | *Attorneys for Defendant* |
| Terrence Buehler <br> tbuehler@touhylaw.com | |
| 55 W. Wacker Drive, Suite 1400 <br> Chicago, IL 60601 <br> (312) 372-2209 | |
| *Attorneys for Plaintiff Michael Lauretti* | |

KL3 2834170.1